AO 440 (Rev. 05/00) Summons in a Civil Action

MA

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

MARY BOLDEN, an individual

V.

WELLS FARGO BANK, NA; GOVERNMENT NATIONAL MORTGAGE ASSOCIATION AS TRUSTEE FOR SECURITIZED TRUST GINNIE MAE REMIC TRUST 2008-40; GINNIE MAE; WELLS FARGO BANK, NA; MORTGAGE ELECTRONIC REGISTRATION SYSTEM, AKA "MERS" AND DOES 1 THROUGH 100, INCLUSIVE

CASE 14cv403
Judge Sara L. Ellis
ASSIGN Magistrate Sidney I. Schenkier

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., aka MERS
1818 Library Street, Suite 300
Reston, Virginia 20190

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mary Bolden
12156 South Parnell
Chicago, Illinois 60628

an answer to the complaint which is herewith served upon you, within ____21____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. ~~BRUTON~~

~~MICHAEL W. DOBBINS~~, CLERK

(By) DEPUTY CLERK

FEB 2 6 2014

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me [1] | 3-3-2014 |
| NAME OF SERVER (PRINT) TRIS PREL | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): CERTIFIED MAIL #7012 3460 0003 2503 7753

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3-3-2014   _____
              Date           Signature of Server

**FILED**

MAR 2 0 2014

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

12207 S STEWART
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

English    Customer Service    USPS Mobile                Register / Sign In



Search USPS.com or Track Packages

Quick Tools
Track
Enter up to 10 Tracking # Find
Find USPS Locations
Buy Stamps
Schedule a Pickup
Calculate a Price
Look Up a ZIP Code™
Hold Mail
Change of Address

Ship a Package    Send Mail    Manage Your Mail    Shop    Business Solutions

# USPS Tracking™



Customer Service ›
Have questions? We're here to help.

Tracking Number: 70123460000325037753

## Product & Tracking Information

Postal Product:    Features:
                   Certified Mail™

## Available Actions

Email Updates

| DATE & TIME | STATUS OF ITEM | LOCATION |
| --- | --- | --- |
| March 7, 2014 , 11:14 am | Delivered | RESTON, VA 20190 |
| March 6, 2014 | Depart USPS Sort Facility | DULLES, VA 20101 |
| March 6, 2014 , 6:34 pm | Processed through USPS Sort Facility | DULLES, VA 20101 |
| March 5, 2014 | Depart USPS Sort Facility | BEDFORD PARK, IL 60499 |
| March 4, 2014 , 11:27 pm | Processed through USPS Sort Facility | BEDFORD PARK, IL 60499 |

## Track Another Package

What's your tracking (or receipt) number?

[                                    ]    Track It

**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Delivering Solutions to the Last Mile ›
Site Index ›

**ON ABOUT.USPS.COM**
About USPS Home ›
Newsroom ›
USPS Service Alerts ›
Forms & Publications ›
Careers ›

**OTHER USPS SITES**
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

USPS.COM  |  Copyright© 2014 USPS. All Rights Reserved.