

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

MARY BOLDEN, an individual

CASE NUM    14cv403

V.

ASSIGNED J   Judge Sara L. Ellis

WELLS FARGO BANK, NA; GOVERNMENT NATIONAL
MORTGAGE ASSOCIATION AS TRUSTEE FOR SECURITIZED
TRUST GINNIE MAE REMIC TRUST 2008-40; GINNIE MAE; WELLS
FARGO BANK, NA; MORTGAGE ELECTRONIC REGISTRATION
SYSTEM, AKA "MERS" AND DOES 1 THROUGH 100, INCLUSIVE

Magistrate Sidney I. Schenkier

DESIGNATE

MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

WELLS FARGO BANK, NA
C/O PIERCE & ASSOCIATES
1 North Dearborn
Suite 1300
Chicago, Illinois [60602]

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mary Bolden
12156 South Parnell
Chicago, Illinois 60628

an answer to the complaint which is herewith served upon you, within _____ 21 _____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time
after service.

THOMAS G. BRUTON

~~MICHAEL W. DOBBINS~~, CLERK

FEB 2 6 2014

(By) DEPUTY CLERK

DATE

AO 440  (Rev. 05/00)  Summons in a Civil Action

<table>
<tr><td colspan="2" align="center"><b>RETURN OF SERVICE</b></td></tr>
<tr><td>Service of the Summons and complaint was made by me<sup>(1)</sup></td><td>DATE  3-3-2014</td></tr>
<tr><td>NAME OF SERVER (PRINT)  TARS PBBl</td><td>TITLE</td></tr>
</table>

*Check one box below to indicate appropriate method of service*

**G** Served personally upon the defendant.  Place where served:  _____

_____

**G** Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.  *ON 3-18-2014*

Name of person with whom the summons and complaint were left: *Window clerk would not Give Her Name At The Office of Pierce And Associates 1, North D Barburn*

**G** Returned unexecuted:  _____

_____

_____

**G** Other (specify):  *Certified Mail*
*# 7012 3460 0003 2503 7791*

_____

---

<b>STATEMENT OF SERVICE FEES</b>

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

---

<b>DECLARATION OF SERVER</b>

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  *3-3-2014*     _____
　　　　　　　　Date　　　　　　　*Signature of Server*

**FILED**

MAR 2 0 2014

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

*12207 - S - Stewart*
*Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.